UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN NILAJ,

    Plaintiff,

v.                                                                                          Case No: 8:23-cv-2671-WFJ-NHA

MGO LABS, LLC, DO
ENTERPRISES, LLC and DANNY
ORTEGA,

    Defendants,
and

TRUIST BANK, NA,

    Garnishee.
_____/

**O R D E R**

Before the Court is Plaintiff's unopposed motion for entry of a final judgment in garnishment against Garnishee Truist Bank, NA (Dkt. 97) and the United States Magistrate Judge's report recommending granting same and entering a final judgment of garnishment (Dkt. 98).  The time for filing objections has passed.  The Court reviews the legal conclusions *de novo* in the absence of an objection.  *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file, the Court agrees with the Magistrate Judge's thorough and well-reasoned analysis and rules as follows:

1. The Report and Recommendation (Dkt. 98) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's motion for entry of a final judgment in garnishment against Garnishee Truist Bank NA (Dkt. 97) is **granted**.

3. The Clerk is directed to enter Final Judgment in Garnishment against Garnishee Truist Bank NA for $1,065.84.

**DONE** and **ORDERED** in Tampa, Florida on May 20, 2025.

        s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of Record